914

No. 478. KIZZIAR ET UX. *v.* DOLLAR, DOING BUSINESS AS B. L. DOLLAR CONSTRUCTION Co. C. A. 10th Cir. Certiorari denied. *C. E. Hall* for petitioners. *Ross Rutherford* for respondent.

No. 480. LOCAL 135, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, AFL–CIO, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Edward J. Fillenwarth* for petitioner. *Solicitor General Rankin, Stuart Rothman, Thomas J. McDermott, Dominick L. Manoli* and *Herman M. Levy* for respondent.

No. 481. JOHNSON, DOING BUSINESS AS JOHNSON HAIR AND SCALP CLINIC, *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied. *James I. McCain* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Bicks, Richard A. Solomon, Daniel J. McCauley, Jr.* and *Alan B. Hobbes* for respondent.

No. 483. NATIONAL SURETY CORP. ET AL. *v.* LLEWELLYN MACHINERY CORP. C. A. 5th Cir. Certiorari denied. *Walter Humkey* and *Frank M. Harris* for petitioners. *Thomas H. Wakefield* for respondent.

No. 484. J. RAY MCDERMOTT & Co., INC., *v.* DEPARTMENT OF HIGHWAYS, STATE OF LOUISIANA. C. A. 5th Cir. Certiorari denied. *C. Dickerman Williams* for petitioner. *Norman L. Sisson* for respondent.